AO 106 (REV 1/1) Affidavit for Search Warrant      AUSA Brian Williamson, (312) 353-8897


FILED 9/29/2022 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:      Case No. 22 M 769

the U.S. Priority Mail package bearing tracking number 9505 5138 1835 2269 7850 75, further described in Attachment A

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Joseph Kopec, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit,**

Continued on the attached sheet.

_____
Applicant's Signature

JOSEPH KOPEC, Postal Inspector
U.S. Postal Inspection Service
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: September 29, 2022

_____
Judge's signature

City and State: Chicago, Illinois     SUSAN E. COX, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT   )
                                )
NORTHERN DISTRICT OF ILLINOIS  )

## AFFIDAVIT

I, Joseph Kopec, being duly sworn, state as follows:

1. I am a Postal Inspector with the U.S. Postal Inspection Service and have been so employed since approximately May 2021. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

2. This affidavit is made in support of an application for a warrant to search the U.S. Priority Mail Parcel with Tracking Number 9505 5138 1835 2269 7850 75 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

## I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

4. On or about September 28, 2022, I inspected the **Subject Parcel** at USPS Bulk Mail Center located at 7500 Roosevelt Road, Forest Park, IL 60130. The **Subject Parcel** was mailed on or about September 26, 2022, from Bakersfield, CA 93311 and is addressed to "Brian Tapia, 6634 S. Mozart St., Chicago, IL 60629," with a return address of "Chris (illegible), 16127 The Lord's Way, Bakersfield, CA 93314." The **Subject Parcel** bears approximately $9.45 in postage, measures approximately 8.7 inches by 5.4 inches by 1.8 inches, and weighs approximately 3.3 ounces.

5. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

6. First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database.[1] The law enforcement database indicated that the recipient, Brian TAPIA, has an extensive criminal history that includes multiple drug charges. According to my review of police reports, a search warrant executed on or about January 13, 2022 resulted in the seizure of approximately 1,400 grams of suspected marijuana, approximately 18 suspected Xanax pills, approximately

---

[1] The sender's name was illegible, preventing me from determining with certainty whether the sender's name was associated with the return address. A further search of the law enforcement database indicated that a "Christopher Anzueto" is associated with the return address, although I could not determine whether that was the name listed on the **Subject Parcel**.

2

$24,646, and a loaded handgun from TAPIA's residence. The execution of the search warrant also led to TAPIA's arrest.

7. Second, shipping for the **Subject Parcel** was paid for in cash. Based on my training and experience, cash payment for shipping can indicate that the sender does not want to be associated with payment for the parcel.

8. The characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

9. On or about September 29, 2022, I arranged for a Des Plaines Police Department Officer and his canine partner, "Jager," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Jager is certified annually by Illinois Law Enforcement Training and Standards Board as a narcotics dog. Jager was most recently re-certified on or about March 4, 2022. Jager is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, and methamphetamine that could be contained inside. Jager is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Jager has successfully alerted to controlled substances in U.S. Mail Parcels and letters on 193 occasions since approximately January 2018, with a success rate of approximately 88%. To the best of my knowledge, the Des Plaines Police Department does not maintain records regarding

3

the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

10. On or about September 29, 2022, at the United States Postal Service International Service Center in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the USPIS office. I then witnessed Jager examine the parcels and observed Jager alert by sitting next to the **Subject Parcel**. Jager did not alert to any of the other parcels. The Canine Officer informed me that Jager's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

## II. CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the Subject Parcel, as further described in Attachment A.

12. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Joseph Kopec
Postal Inspector
U.S. Postal Inspection Service

Sworn to and affirmed by telephone
this 29th day of September, 2022

_____
Honorable SUSAN E. COX
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

A United States Postal Service Priority Mail parcel with Tracking Number **9505 5138 1835 2269 7850 75**, which is a package weighing approximately 3.3 ounces, bearing approximately $9.45 in postage and measuring approximately 8.7 inches by 5.4 inches by 1.8 inches, mailed on or about September 26, 2022 from "Chris (illegible), 16127 The Lord's Way, Bakersfield, CA 93314" and addressed to "Brian Tapia, 6634 S. Mozart St., Chicago, IL 60629."

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances.
2. Packaging for controlled substances.
3. United States currency.
4. Items that identify the sender of the parcel.